UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:19-CR-2-TAV-HBG-1 |
| | ) | |
| KENNETH FRANCIS LEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court on defendant's request to delay his report date to the Bureau of Prisons. Defendant requests that his report date be extended so that he can obtain additional medical treatment. Counsel for defendant states that the government does not object to the requested relief.

The Court finds defendant's request establishes good cause to delay his reporting date. Further, the Court finds that the requested delay is reasonable in light of defendant's need for additional medical treatment. Accordingly, the Court hereby **GRANTS** defendant's request. Defendant shall report to the institution designated by the Bureau of Prisons no later than **Tuesday, September 24, 2019**

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE